IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR51 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **LAWRENCE S. BASSETTE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's Unopposed Motion to Continue Trial [28]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [28] is granted as follows:

1. The jury trial now set for June 6, 2023, is continued to **August 15, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 15, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would unreasonably deny the defendant or the government continuity of counsel or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** May 11, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge