IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LAWRENCE S. BASSETTE,<br><br>    Defendant. | 8:23CR51<br><br>MEMORANDUM OF<br>RULE 17.1 CONFERENCE |

   This matter came before United States Magistrate Judge Michael D. Nelson on September 26, 2023, for a hearing on the Government's motion (Filing No. 38) for a pretrial conference pursuant to Federal Rule of Criminal Procedure 17.1. The government was represented by Kathryn A. Pflug, Assistant United States Attorney. The defendant, Lawrence S. Bassette appeared in person and was represented by John J. Ekeh.

   The Court engaged in discussion with counsel and the defendant. The government first outlined the terms of the proposed written plea agreement. Both the defendant and his counsel acknowledged the plea offer and stated that the defendant has rejected the same and wishes to proceed to trial. The trial is set for October 24, 2023, before District Judge Brian C. Buescher and will proceed as scheduled. Additionally, the defendant agreed to stipulate as follows:

1. The location giving rise to the events alleged in the Indictment is in Indian Country.
2. The defendant is the stepchild of the alleged victim.
3. The government may offer certified copies of the three prior convictions as alleged in the Indictment for purposes of meeting its burden to establish that element of the crime charged.

The defendant did not agree to stipulate regarding foundational testimony for phone calls allegedly made by him while he was in custody and/or the admission of said calls. The government will draft a stipulation for review and approval by the defendant as it deems necessary.

   The parties stated that the trial should take 2-3 days for completion. The government intends to call 10 or less witnesses.

   DATED this 26th day of September, 2023.

                           BY THE COURT:

                           Michael D. Nelson
                           U.S. Magistrate Judge