IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LAWRENCE S. BASSETTE,<br><br>　　　　　Defendant. | 8:23CR51<br><br>**ORDER** |

　　　On May 7, 2024 the court held a hearing on the oral motion of Attorney John J. Ekeh to withdraw as counsel for the defendant, Lawrence S. Bassette. For good cause shown, the motion will be granted. Joseph L. Howard, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent the defendant for the remainder of the proceedings and shall forthwith file an appearance in this matter. John J. Ekeh's oral motion to withdraw is granted.

　　　John J. Ekeh shall forthwith provide Joseph L. Howard any discovery materials provided to the defendant by the government and any such other materials obtained by John J. Ekeh which are material to Lawrence S. Bassette's defense.

　　　The clerk shall provide a copy of this order to Joseph L. Howard and the defendant.

　　　**IT IS SO ORDERED.**

　　　Dated this 13th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge